# United States District Court
# Eastern District of Texas

FILED

JUL 2 3 2018

Clerk, U.S. District Court
Texas Eastern

July 23, 2018

Chip Rodney Daniels
3687 Bentridge Court
Tyler, Texas  75707
202-858-8599,
Plaintiff

Case Number:

618 CV 360  RWS-KNM

Versus

Altice USA, Inc
1111 Bethpage, NY  11714
Bethpage, NY  11714
Doing Business As:
Suddenlink Communications
1820 SSW Loop 323 Tyler, Texas  75701
AND
Universal Cable Holdings, Inc.
3015 S. Southeast Loop 323
Tyler, Texas 75701
ALSO,
520 Maryville Centre Drive, Suite 300
St Louis, MO  63141,
Defendants

## Complaint
## Demand for Jury Trial with emphasis on case not to be sealed

## Complaint is as follows:

Former Employment ID# 097418—Employment ending July 16, 2018. **See Attachment # 1**

On July 16, 2018, Fred Garza (known to me as Suddenlink Call Center Manager located at 1820 SSW loop 323 in Tyler, Texas  75701) sent a request on corporate Lync instant messenger while I was on a phone call, something to the tune of: see me in my office after your call.  After I finished my call I walked to Fred Garza's office where I was met by Fred Garza and Ramona Marchland (known to me as Suddenlink Call Center HR Manager located at 1820 SSW Loop 323 in Tyler, Texas  75701).

Note: This was my second meeting with both Ramona Marchland and Fred Garza in his office. Our first meeting was on July 03, 2018. This meeting was reported by Ramona Marchland and additions with further request in a reply email by myself, Chip Rodney Daniels. **See Attachment # 2 (2 pages)**

Upon my arrival we greeted each other shook hands then had a seat.  We began talking about an issue I escalated through corporate issued email chip.daniels@alticeusa.com to: Corporate AG Escalations; Rankin, Nina; Garza, Fred; Shaikh, Zain; with CC to: Business Desk; Kidd, Billy on Sunday July 15, 2018 with subject line: Transition of calls.  **See Attachment  # 3 (4 pages)**

This email is about a "barged call" (taken over call) by Dawn Hairston (known to me as a Subject Matter Expert "SME" at Suddenlink Call Center located at 1820 SSW Loop 323 in Tyler, Texas 75701).  Specific call details:

UNIQUE ID in genesys system:  024D8PMBE0DJB0Q910U362LAES01FQ1N and

CALL SEGMENT:  0bb8d4d2-983c-74ab-3917-ac3ef9cb0e76

Customer Account 581-031533901 in Navigator System and to the best of my knowledge pulling information from linked ICOMS system.  Account information as follows:

Guiseppe Malagrino--  (customer stated I could call him "Joe")

113 OAKTOWNE DR

BLDG D APT E

NODE :  G082A

Company-Division: 30-02

Franchise: 722

I addressed my concerns about this call including customer experience and corporate/court records.  My first concern is customer experience and treatment.  I gave my opinion that good customer service does not include changing the company voice on the customer with-out notice.

I explained the need for a smooth transition when a customer goes from one company voice to another.  I explained that I followed troubleshooting steps that were listed in computer program that is mandatory to follow named Pathfinder, as I typically did on all calls.

I attempted to solve this customers issues with troubleshooting steps over the phone but was unable. I then set up a trouble call to have a Suddenlink Technician to go to his home and resolve his Suddenlink Service issue.  Near the end of this call Dawn Hairston sent an instant message on Lync.  The message was at 8:10 a.m. and stated, "hey Chip wrapping up".  I replied with, "I am almost done".  Mr. Guiseppe AKA "Joe" was asking a few questions and I was attempting to answer them.  Dawn sent two messages on Lync instant message at 8:10 a.m. about coax cable to help.  By this time Mr. Guiseppe AKA "Joe" started venting about the poor service he had been receiving-- then Dawn Hairston stated, "I got to take this call"—and disconnected my line with the customer while he was venting, with-out a transition.

My years of experience and training has taught me to listen to customers, allow them to vent, apologize, empathize, give options, and attempt to fix the problem. Changing the company voice while they are venting and wanting to be heard especially with-out notice is clearly unacceptable. I have addressed barged calls without a smooth transition several times with various SME's and my prior supervisor, Zain Shaikh.  I thought this issue had been addressed, and we were all on common agreement that there would be a smooth transition on future calls.  Either the current call handler would introduce the person coming onto the line, or the "SME" would introduce themselves on the line and advise they have been on the call, and would be taking care of the customer at that point.  During my past couple months at Suddenlink Call Center located at 1820 SSW Loop 323 in Tyler, Texas  75701 there has never been a specific time a call gets Barged—its always a different time— some calls up to 20 minutes long never are addressed by a "SME".

Fred advised me when a "SME" advises they are taking a call it's not a request. He also stated call identification such as UUID and Call Segment numbers would be different; however, there would be ways to link them together.  Unfortunately, Fred provided no supporting documents to back his claim. I voiced my concern about corporate and court records that different UUID and Call Segments number without known linking could be construed as "hanging up on the customer".  If you do not know there is

another call, how would you know to look for it or link it to a different UUID and Call Segment number on call that's been barged.  I reported that Sedric McGee advised me in a meeting on the prior day that the UUID and Call Segment numbers that Identify a call for retrieval in Genesys would be the same after a barge.  Frank replied with something to the tune of: "I'll get with Sedric".

It is important to note that I brought to Sedrics McGee's attention during that meeting that many times I notate an account thoroughly, but in some instances I go back into the account and notice some of my notes have been deleted or state something different than I wrote.  I also mentioned this to Zain Shaikh prior supervisor on several occasions.

I reported instances where I went back into accounts after a call was barged without transition and notes were not added by the person that took the call.  After the specific call of conversation was barged, I re-entered the account and noticed it was not noted by Dawn Hairston.  Notes could have been added later- I don't know for sure.  I reminded Fred it's company policy for notes to be added on each account that has been accessed.

We then started speaking of my escalation emails and request for legal documentation.  Fred stated, "Your emails are going stop, TODAY".

I have escalated many accounts to various departments and personnel within the company for review for reasons such as:

- Discrepancy on billing ledgers in Navigator system and customers printed bills. Discrepancies seemed to always be in the companies favor.  Also, I feel that voices of the company should be able to explain the charges to the exact penny, not, "and some change".  Typically, when I was unable to calculate to the penny, I escalated the account for review. I was never able to get an exact penny from the person that reviewed escalated accounts.  Responses most always had replies to the tune of: and "some change".  Some of my request for answers and review were not addressed, even after several emails.
- Customer having multiple rate increases that were not affected by a said Rate Event, Anniversary Roll-Up; or Expired Campaigns.
- Two different ledger screens showing different Monthly Rates in Navigator System that customer is paying
- Credits being issues on accounts, while I was in them—but not by me.
- And to corporate security when navigator system alerted multiple customers using the same social security number when I was updating contact information.

I also requested an explanation in team meetings regarding provisioning signals were being sent by different employee identification numbers while I was in accounts.  For retrieval purposes and review of screenshots:  this was typically on the provisioning screen in navigator system.

There are numerous emails to different departments requesting all legal binding documents that I am legally obligated to as a result of working at or within Altice USA, Inc.  Doing Business As: Suddenlink Communications-- at 1820 SSW Loop 323 in Tyler, Texas 75701.  These emails were to various people and company names I had been provided by Altice USA website and outlook email directory of corporate issued email address of chip.daniels@alticeusa.com.

Fred seemed to be focused mostly on my request for legal documentation.  He stated several times that my emails would stop today.  I advised Fred that information I was requesting was for good reason but didn't go into detail.  I also reiterated several times that legally I had a right to the information I requested in emails.  Each time I started to speak naming the specific information I was requesting, Fred would rudely cut me off.  He asked me several times if I understood that there would

be no more emails. I replied with, "I hear you—I don't agree with you—but I hear you". This happened several times.

Ramona Marchland spoke up and stated that I had been sent a document I requested in an email. In the past, I requested a full legal document that was referenced in a Safety Plan Summary. I was supplied with said document that is 22 pages after some hassle. After review of documents I decided to reject that Safety Plan. **See Attachment # 4 (3 Pages)**

It should also be noted that Nina Rankin did follow up with an email for me to have access to a printer (that email is not attached) I have listed a few of emails I sent, and copies are attached, --they are as follows:

On Sunday, July 08, 2018 8:30 a.m. I sent an email from my corporate issued email address of chip.daniels@alticeusa.com to Marchland, Ramona with a CC to:  Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department with a Subject Line: RE: Chip Daniels Response. **See Email Attachment 5 (2 pages).**

The body of the email:

" Ramona,

To Whom It May Concern:

I have reviewed policies online and wish to print them.  I do not show that my company computer at Tyler Texas Call Center is connected to a printer.  I am not able to connect to this outside this call center.  So that leaves me with no tangible recorded information on policy.  This is a clearly a violation to my rights.  Please provide a hard copy to ALL policies I am legally bound to or access where I can print these on my own within 48 hours.

Thank You"

On Monday, July 09, 2018 at 5:10 a.m. I sent an email from corporate issued email account chip.daniels@alticeusa.com to: HR Service Center; Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department with a CC to: Marchland, Ramona; Rankin, Nina with subject line: Documents Requested. **See Attachment # 5 (2 pages)** body of the email:

"Legal Team,

I sent an email yesterday asking for a hard copy to all policy that I am legally bound to.  After further thought, I would also like any master documents or general documents these policies may be referenced to including but not limited to contracts, or any other legal binding agreement—Known or Unknown.  These should be provided immediately with-out delay or any re-direction intended to delay my request.

Thank You in advanced for you immediate response

Chip Daniels"

On Friday, July 13, 2018 5:42 a.m. I sent an email from my corporate issued email address chip.daniels@alticeusa.com to HR Service Center,<HRServiceCenter@alticeusa.com>;Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Kathrine Boyle; Legal Department with a CC to: Marchland, Romona, Rankin, Nina; Business Desk with a subject line: RE: Documents Requested

**See Attachment # 5 (2 pages)** Body of the email:

"HR, Business Unit, And Legal Department:

I am requesting a hard copy of any and all legal documents or policy that I, (Chip Rodney Daniels) am legally bound to.  I have been directed to policy links on Altice USA site after making several request.  At this point, I am requesting a corporate statement in the form of a letter that is detailed and specifies legal documents, Company and/or Affiliates (any and all) that I, Chip Rodney Daniels am legally bound to with an attachment of said documents.

Thank You,

Chip Rodney Daniels"

On Friday, July 13, 2018 4:27 p.m.  I received an email from Michael Peters that was to: Chip Daniels; Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department with CC to: Marchand, Ramona; Rankin, Nina, Business Desk; Cathy Isham with a Subject line RE: Documents Requested

**See Attachment # 5 (2 pages)** Body of email:

"Chip,

I have reviewed your below request and would recommend that you follow up to your last conversation regarding similar items directly with Ramona Marchland.  She should be able to provide support and response to your request.

Sincerely,

Michael Peters

Manager, HR Service  AtliceUSA – Plano, TX

469-305-5584 (O) 516-508-1647 (M) 469-305-5705

HR Service Center at 1-866-356-3315.  Our team of professional are available Monday through Friday from 8:00am to 7:00pm (Eastern Time).  You can also email us at HRServiceCenter@alticeusa.com or visit us on the MyAltice page. "

On Saturday, July 14, 2018 6:06 a.m. I sent an email from my corporate issued email account chip.daniels@alticeusa.com to Michael Peters; Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department with a CC to: Marchand, Ramona; Rankin, Nina; Business Desk; Cathy Isham with a subject line: RE: Documents Requested

**See Attachment # 5 (2 pages)** body of the email:

"To Whom It May Concern:

I spoke with Ramon yesterday morning.  Upon my first visit in her office she advised me that my request was not happening and she considered my request closed.  I advised her I was upset that my request were being ignored, after being being re-directed to delay my request in the past weeks.  After Speaking with a few other people in the call center; namely: Zain and Nina, I re-entered her office and she advised me she would try to escalate it up and provide a resolution to my request.  She advised that I needed to go through our local call center and didn't need to escalate this directly to corporate.  I

requested to be provided a corporate address in writing so I can send my request certified mail directly to corporate and eliminate going through a middle source—since I was being given a run-around.

Thank You

Chip Daniels"

On Sunday, July 15, 2018 5:00 a.m. I sent an email from my corporate email address chip.daniels@alticeusa.com to HR Service Center; Rankin, Nina; Legal Department; Business Desk; Ian Hlawati; Marchand, Ramona; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle with CC: Garza, Fred, Chip Daniels and a subject of: FW: Record Management Policy under Retention Contracts.. .Further Policy with an attachment: SnipImage.jpg.

**See attachment # 6 (1 page)** body of the email:

"While attempting to access company policy on Record Management Policy under Contract Retention, I ran into the following problem: One recording is attached and the other is embedded.

I am requesting a hard copy of any and all legal documents or policy that I, (Chip Rodney Daniels) am legally bound to. I have been directed to policy links on Altice USA, Inc. site after making several request. And I continue to run into errors as I have noted above.

I am requesting a corporate statement in the form of a letter that is detailed and specifies legal documents, company and/or Affiliates (any and all) that I, Chip Rodney Daniels am legally bound to with and attachment of said documents.

Thank You,

Chip Rodney Daniels"

** a picture of the recorded problem was embedded "sever error" 404-file or directory not found**

On Monday, July 16, 2018 4:57 a.m. I sent an email from my corporate issued email address of chip.daniels@alticeusa.com to HR Data & Technology; HR Service Center; Corporate Investigators; Corporate Compliance with a CC to: Chip Daniels with a subject line: Document Request

**See attachment # 7 (1 page)** Body of email:

"07/16/2018

Good Morning,

Please provide a hard copy of the following documents with-out delay or re-direction intended to delay my request:

- Group Health Plan
- The Group Health Plan's Summary Plan
- Mercer Market Place (Discovery Benefits)

Also, include all master documents including legal structuring of above listed plans.  Plan Administrators contact information such as Name, Company Title, Telephone, and Company Mailing address should also be included.

Thank You for your quick response in my above request.

Chip Daniels"

NOTE:  There were many emails sent that are not referenced in this report.  I am also aware of another email address that I never sent or received emails from and not sure why it still existed which is chip.daniels@suddenlink.com.  I would also like to note that in some systems I was listed as Chip Daniel and not my known name of Chip Daniels

We discussed some low scores on Medallia, which is a customer experience report.  Fred stated that I had some of the lowest in the call center and that he was going to listen to some calls.  I advised him I didn't mind if he listened to my calls.  Also, I stated in my defense I had already been to my supervisor at the time and requested him to review these low scored calls to see if there was anywhere I needed to improve.  We listened to a call that was rated a 0 and Zain, my prior Supervisor said I handled that call really well.  Also, some things that I am graded on with those calls I have no control over such as pricing, price increase; price inconsistency and outages.  Some negative ratings where specific to issues I mentioned above that I escalated to various people and departments within the corporation.  Prior Supervisor Zain's Medallia report was missing a lot of my excellent graded calls, that were showing on my report.  This was an inconsistency in our two reports—I did show this to Zain and he replied with, "that's odd".  I know there is always room for improvement, every call cannot be perfect, and customer perception matters.  I took each of my calls personal and feel as if I went above and beyond.  I am dinged on those reports by some things that are out of my control.

I felt as if the whole meeting we were not able to find a common ground.  Again, several times I attempted to make a verbal request —Fred would rudely cut me off.  I have been told to always get with my said leadership team at Suddenlink Call Center if I have a request and not escalate to corporate; however, When I present my request they are either ignored or I'm told, "we considered this matter closed".  Even though we were not able to find a common ground through-out the meeting we still shook hands and I left out of his office.  After exiting, I quickly stepped back into his office and said, "I'd like to address one more issue," and sit back down.  Fred quickly requested me to leave his office.  I complied with his request.  I made a quick decision after deep thought over the past few weeks with issues such as I've mentioned in this report but not limited to: denial of request of legal documents with intention to understand and exercise my rights under the law, price gouging the customer, and other issues I don't agree with on the moral realm.  I decided to sever all relationships and ties with said leadership team located at Suddenlink Communications Call Center located at 1820 SSW loop 323 in Tyler, Texas  75701.  I walked into what I know to be Command Center within Suddenlink Call Center and advised them I was leaving.  I did not return to my cubical.

Fred Garza did call July 20, 2018 at 8:34 a.m. to my cell phone 202-858-8599 from 903-266-4611 and stated he wanted to check on me, he noticed I hadn't been in the past couple days.  I advised him over the phone something to the tune of: due to him asking me to leave his office during our meeting and a long list of reasons- I decided to leave the company and said leadership team.  That I was actually working on a court filing as we were speaking.  He thanked me for the explanation and our call was politely disconnected.

At minimum The Federal Court has diversity jurisdiction.

I request the court to order:

The company or companies to provide printed legal document summary, complete master, general, or related documents including but not limited to full documents and descriptions of the following:

- Group Health Plan
- The Group Health Plan's Summary
- Mercer Market Place (Discovery Benefits) and all said services and/or legal obligations provided under such up to including issued Mercer Marketplace 365(SM) VISA$^{®}$ prepaid debit card protected by US Patent Nos 6,000,608 and 6,189,878
- Financial Plans that I may have been automatically enrolled in with or with-out knowledge
- ESP-HIPPA Plans, Documents
- Any plan or program I am or was legally obligated
- Protected Health Information plans or programs
- Professional Management Program
- Financial Engines Professional Management Program
- ERISA Plans and/or Programs
- "The Plan" or also known as "Plan"
- Legal documents explaining any said benefit while working at and within Altice USA, Inc at Suddenlink Call Center in Tyler Texas on Loop 323
- ADP Payroll
- Notice of any privacy plans or practices
- Safety Plan and Summary that I rejected
- Statement of reason behind not having a said benefit of Altice USA, Inc. Suddenlink Cable Services placed in my name or telephone number I provided of cell number 202-858-8599 at 3687 Bentridge Court Tyler, Texas 75707 where I currently reside; but shows on billing statement benefits paid but in prior account holders name going to an address in another city.
- Statement of reason why said prior account holder was able to transfer and obtain portal sign in information and my personal email address that was listed on Suddenlink Cable Services Account at 3687 Bentridge Court Tyler, Texas 75707 of said benefit of working at Suddenlink Communications while employed. Employment starting on or about January 2007 of interview process starting in December 2006 employment ending around quarter to middle of 2008.

It is important to include names of all administrators, fiduciaries, committee, attorney, advisors, underwriters, initial purchasers, sellers, officers, directors, managers, agents, representative, beneficiaries, signers or said guardian if any including their name, company name, telephone number, physical and mailing address associated with each plan, program, document, license, patents, IP, or contract or agreement.

There should be a statement of explanation and produce all documents of any agreement, document, instrument, or contracts executed or entered in connection with working at or within Altice USA, Inc. doing business as Suddenlink Communications at 1820 SSW Loop 323 in Tyler Texas 75701 and affiliates (known or unknown) including all legal obligations, that I have been unknowingly or unwillingly involved in, such as automatic enrollment, convoluted and unauthorized legal entanglement that may have placed administrators, or any other professions, person, agent, entity, business, agency, corporation, municipality, underwriter, dealer, to act on my behalf without notice or consent should also be included.

- Immediately stop any and all transactions and any authority those may have to sign for or in my presence on my behalf or handle any personal, financial, or medical situation on my behalf with or with-out my knowledge or through some convoluted legal structure that may have been initiated through working at or within Altice, USA, Inc.  Doing business as Suddenlink Communications at 1820 SSW Loop 323 Tyler, Texas 75701 up to and included dating back to on or around December 2006 when it was known to me as Suddenlink Communications, Cequel III. Also including any municipality, person, business, dealer, officer, director, manager, entity, corporation, or agency.  Especially those transactions that continuously place myself, Chip Rodney Daniels in a position of being forced to sign contracts or other agreements under duress to be able to enjoy the bare minimum of life. Some of these contracts include up to but not limited to the loss of privacy, rights, and continuously holding assets and or property-including illegal property conversion. This also includes instances where I raise questions, concerns, or raising a red flag, then having others placed over me through convoluted legal entanglements up to and including fabricated medical status where at that point others are able to sign or enter into agreements and/or act on my behalf without knowledge or consent.
- Any and All Legal Documents, Trademark, IP, Financial, or Property

- All Emails, Calls, Screen Shots, and any account entered or serviced by Chip Rodney Daniels or any linked legal documents that's linked me or an employee, agent, municipality, vendor, corporation, entity, underwriter, manager, representatives, beneficiaries, vendors, purchasers, sellers, or contractors, said guardians or affiliate's assigned ID's (all said either known, unknown, with consent, automatic enrollment or under duress) including any names listed or linked to any accounts including said customers of Suddenlink Subscription Services of which I assisted said customers on calls through telephone system named Genesys.  While being under the assumption of working at Altice USA, Inc. Doing Business As Suddenlink Communications Call Center located on 1820 SSW loop 323 in Tyler, Texas should be preserved as evidence.

This should also as serve as legal notice to hold Altice USA, Inc. doing business as Suddenlink Communications and all companies affiliated through legal documents or agreements in above complaint for all damages of any kind, conversions, injury, losses, claims and expenses, on-going privacy violations, liabilities and all cost and expenses of defense.

I certify this document to be true and correct to the best of my knowledge either based upon factual data or observations over a period of time.

Chip Rodney Daniels
Attachments: 14 pages

Witnessed   7/23/2018

TERRI L MATHIS
Notary ID # 126808212·
My Commission Expires
February 17, 2021

Attachment # 1 (Page 1 of 1)

**Chip Daniels**

| | |
|---|---|
| **From:** | ServiceCentral <cablevision@service-now.com> |
| **Sent:** | Tuesday, May 29, 2018 1:36 PM |
| **To:** | Chip Daniels |
| **Subject:** | HR Request HR00053583 has been opened on your behalf |

HR Request HR00053583 has been opened on your behalf

Affected user: Chip Daniels

Short description: C. Daniels - ID#097418 - Co. 106 - Location: 8105 Requesting FEIN Number of his pay group.

Description: Could you please provide the federal tax identification number and name of the entity that's paying me. #097418

Thanks,
Chip R Daniels

Ref:MSG8318050

1

Attachment # 2 (Page 1 of 2)

## Chip Daniels

| | |
|---|---|
| **From:** | Chip Daniels |
| **Sent:** | Wednesday, July 04, 2018 10:42 AM |
| **To:** | chiprdaniels123@gmail.com |
| **Subject:** | FW: 2nd Request --Legal Information--REPLY |

**From:** Chip Daniels
**Sent:** Wednesday, July 04, 2018 10:41 AM
**To:** Marchand, Ramona; Michael Peters
**Cc:** Legal Department; Kathren Simien
**Subject:** RE: 2nd Request --Legal Information--REPLY

Ramona,

I would like to thank you and Fred for meeting with me yesterday. I do have further questions about the formation and licensing of Universal Cable Holdings, Inc., and its affiliates as I have noticed Universal Cable Holdings, Inc., and its affiliates are Federal Vendors. I directed my direct questions to the company via legal department and HR. I did not receive a direct answer to my questions-- other than I was welcome to do a google search. I would expect a company of integrity to be willing to produce exact information requested with-out re-direction to a third-party. I would like a printed copy of all policy's that I am held accountable to as an Employee of this organization. Also, You noted in this email that I expressed no interest in "general policy". Again, I requested a printed copy of all policies that I am held accountable to as an employee of this organization—so If there is a "general policy"—I do believe that would fall under my original request—And would like a printed copy of that as well --immediately.

Thank you in advanced for your immediate response.

Chip Daniels

**From:** Marchand, Ramona [mailto:Ramona.Marchand@AlticeUSA.com]
**Sent:** Tuesday, July 03, 2018 5:40 PM
**To:** Michael Peters; Chip Daniels
**Cc:** Legal Department; Kathren Simien
**Subject:** RE: 2nd Request --Legal Information--REPLY

After meeting with Chip Daniels and Call Center Manager, Fred Garza on today, 7/3/18 regarding his inquiries, he further expressed an interest in obtaining contact and mailing information regarding Universal Cable Holdings as well as Suddenlink. He expressed that he was seeking to obtain additional licensing information, how the organization was originated and formed, and contact information for each. When asked the nature of his inquiries he replied that he has would like this information for his next email. After further inquiring the nature of his unusual line of questions, Chip responded that he had some legal documents that he will be submitting, but expressed that he would not like to disclose or speak further regarding the nature of his legal inquiries, issues or concerns at this time. Both Fred and I invited him to access the company website on the MyAltice Page for general company information and if there is an interest or need for additional information, he is welcome to let us (HR and his local leadership), corporate legal or any other appropriate person in the organization know, for further assistance. It was also mentioned that general company information is available via a Google Search, since we are publicly traded and is a company of integrity. Chip replied that he'd searched the company's website MyAltice Page for general company information and did not find what he expected or had an interest in knowing (addresses, contact names, licensing information, etc.).

1

Attachment # 2 (Page 2 of 2)

Chip then asked for printed copies of policies and guidelines that he's held accountable to as an employee of the organization.  We replied by inquiring which policy or guideline he had an interest in obtaining or reviewing since there were so many, he replied, 'All of them!"   Fred replied that we were not prepared to provide printed copies of 'all' company policies and guidelines to him.  However, he was reminded that general employee policies are available online on the MyAltice company website at any time for his voluntary viewing.  Chip was also informed that he was welcome to request a review or copy of an available and specific employee policy or guideline via his local leadership or local HR if there were any that he had a particular interest in reviewing or further discussing.  He did not express an interest in a general policy during this meeting and thanked us for meeting with him.

Thanks,
Ramona

**From:** Michael Peters [mailto:Michael.Peters@AlticeUSA.com]
**Sent:** Tuesday, July 03, 2018 4:31 PM
**To:** Chip Daniels
**Cc:** Legal Department; Marchand, Ramona; Kathren Simien
**Subject:** RE: 2nd Request --Legal Information--REPLY

Chip,
The HR Service Center is here to provide  direction and support as noted in the initial response and typically respond to requests, as you have experienced in the past, with signature line of HR Services.  As for knowledge of departmental e-mail addresses, we would have no knowledge if an outlook account  was maintained and based on that reason, I provide direction to the departmental leadership.  The HR Service Center is not the HR Department, but part of a HR Services area under Chris Clarke, but a resource center with a team to assist in specific areas of HR and within the company, but not all areas.  I have advised Ramona Marchand, your local HR Manager, regarding some of your specific requests to see if she can assist you as well, but strongly recommend using the resources on the MyAltice pages first to seek answers and can always call, chat or open a ticket with the HR Service Center by accessing contact information on the following page.

https://marquee.cablevision.com/Employee-Experience/HR-Service-Center.aspx

As I have stated, we are not the place to answer every question, but can direct to other area's and resources that are available.

Michael Peters
Manager, HR Services   AltIceUSA – Plano, TX
469-305-5584 (O)  516-508-1647 (M) 469-305-5705 (F)

HR Service Center at 1-866-356-3315. Our team of professionals are available Monday through Friday from 8:00am to 7:00pm (Eastern Time). You can also email us at HRServiceCenter@alticeusa.com or visit us on the MyAltice page.

**From:** Chip Daniels
**Sent:** Tuesday, July 03, 2018 9:11 AM
**To:** HR Service Center <HRServiceCenter@alticeusa.com>
**Cc:** Legal Department <LEGALLIB@cablevision.com>; Chip Daniels <Chip.Daniels@AlticeUSA.com>
**Subject:** RE: 2nd Request --Legal Information–REPLY

Good Morning,

2

---

Attachment # 3 (Page 1 of 4)

---

## Chip Daniels

| | |
|---|---|
| From: | Chip Daniels |
| Sent: | Sunday, July 15, 2018 8:39 AM |
| To: | Corporate AG Escalations; Rankin, Nina; Garza, Fred; Shaikh, Zain |
| Cc: | Business Desk; Kidd, Billy |
| Subject: | Transition on calls |

Fred,

Greetings, Hope your morning is well.  I was on a call with customer (as listed below) and my call was barged at the very end of the call after I followed pathfinder instruction and set-up for a tech to go out and resolve this issue.  There was no transition just a sudden disconnect while customer was explaining how he felt about issues he was experiencing with our service.

I have ran into issues as this before and have requested a smooth transition is calls must be barged by "SME".  It's important to take note it takes a few seconds for the transition but a better experience for the customer.  Also, Corporate and Court Records as well.  How do I know this UUID and this specific call records the transition and barge or just records as a disconnect when customer starts to voice his opinion and could be construed as me hanging up.

Also, I included my conversation with Dawn.  Please be advised my conversation was in caps at the start of our conversation—(I always type in all caps on all customer accounts—It shouldn't be misconstrued as me yelling—as I was not.

Hairston, Dawn 8:10 AM
hey Chip wrapping up?
Daniels, Chip 8:10 AM
i am almost done
Hairston, Dawn 8:10 AM
any coax cable
no any coax cable at all
i gotta take the call
Daniels, Chip 8:12 AM
I'VE ASKED NOT TO JUST DISCONNECT THE CALL
WITHOUT A TRANSITION
Hairston, Dawn 8:12 AM
per Fred i had to take the call .. sorry
Daniels, Chip 8:13 AM
THERE SHOULD BE A TRANSITION
Hairston, Dawn 8:13 AM
I actually said i gotta take the call
Daniels, Chip 8:13 AM
YOU ASKED IF I WAS WRAPPING UP, I SAID FIXING TO BE DONE
THERE WAS NO TRANSITION,
Hairston, Dawn 8:13 AM
yes and then i said i have to take the call
Daniels, Chip 8:14 AM
AND DISCONNECTED ME WITH-OUT A TRANSITION
THAT'S UNACCEPTABLE
Hairston, Dawn 8:14 AM

Attachment # 3 (Page 2 of 4)

at that point you would want to say .. Mr Malagrino i have Dawn on the line and she will be taking the call
Daniels, Chip 8:15 AM
for company records, the customer, and common courtesy there should be a transition.  you could have im'ed me and I
would have said, I am bringing dawn on the line..
Hairston, Dawn 8:15 AM
i did i/m you chip
Daniels, Chip 8:15 AM
I've addressed this issue several times and thought we all came to a common line
you asked me a question
then disconnected the call, that's not right for the customer
and company records
Hairston, Dawn 8:17 AM
yes i did ... and then i said " I will need to take the call" .. scroll up .. its there
Daniels, Chip 8:17 AM
so on my uuid, what's it show a disconnceted call? or is it going to show a transition of dawn hairston taking the call
I'm escalting this up
escalating*
Hairston, Dawn 8:17 AM
it will not show a disconnect
Daniels, Chip 8:18 AM
For future calls, I am asking you to let there be a transition
it you must take the call, I understand. But lets transition the call
Hairston, Dawn 8:19 AM
okay thats no problem .. and will you please let the customer know that i am taking the call when i say to you that i have
to take the call?
Daniels, Chip 8:21 AM
you said i have to take the call, all i needed was a moment to let the customer know, he was voiceing his opinion and
venting, It's important that we let them do that, without a transition in his voicing his opionion.
that would upset me
opinion*
Hairston, Dawn 8:21 AM
he is not upset
Daniels, Chip 8:22 AM
that's bad business, to be transfered to someome else without knowledge
Hairston, Dawn 8:22 AM
but he was getting irrate and it didnt seem like he was going to let you get a word in.. so i had someone at my desk
telling me that per Fred i need to take the call
Daniels, Chip 8:22 AM
fred said you needed to take my specific call?
Well, I am on a mission and desk as well and don't like to have customers disconected from my line with-out a transition
I try to think of the customer as well.
So Fred advised you to take this specific call?
Hairston, Dawn 8:25 AM
yes they are monitoring the calls as we speak
any call over 12 to 15 minutes
Daniels, Chip 8:26 AM
I'll speak with him, but please don't disconnect my calls with-out a smooth transition
Where you able to resolve this issue with Guiseppe Malagrino "Joe"
?

Also,
I see no notes on this account on how it was handled or resolved.

2

Attachment # 3 (Page 3 of 4)

you asked me a question
then disconnected the call, that's not right for the customer
and company records
Hairston, Dawn 8:17 AM
yes i did ... and then i said " I will need to take the call" .. scroll up .. its there
Daniels, Chip 8:17 AM
so on my uuid, what's it show, a disconnceted call? or is it going to show a transition of dawn hairston taking the call
I'm escalting this up
escalating*
Hairston, Dawn 8:17 AM
it will not show a disconnect
Daniels, Chip 8:18 AM
For future calls, I am asking you to let there be a transition
it you must take the call, I understand. But lets transition the call
Hairston, Dawn 8:19 AM
okay thats no problem .. and will you please let the customer know that i am taking the call when i say to you that i have
to take the call?
Daniels, Chip 8:21 AM
you said i have to take the call, all i needed was a moment to let the customer know, he was voiceing his opinion and
venting, It's important that we let them do that, without a transition in his voicing his opionion.
that would upset me
opinion*
Hairston, Dawn 8:21 AM
he is not upset
Daniels, Chip 8:22 AM
that's bad business, to be transfered to someome else without knowledge
Hairston, Dawn 8:22 AM
but he was getting irrate and it didnt seem like he was going to let you get a word in.. so i had someone at my desk
telling me that per Fred i need to take the call
Daniels, Chip 8:22 AM
fred said you needed to take my specific call?
Well, I am on a mission and desk as well and don't like to have customers disconected from my line with-out a transition
I try to think of the customer as well.
So Fred advised you to take this specific call?
Hairston, Dawn 8:25 AM
yes they are monitoring the calls as we speak
any call over 12 to 15 minutes
Daniels, Chip 8:26 AM
I'll speak with him, but please don't disconnect my calls with-out a smooth transition
Where you able to resolve this issue with Guiseppe Malagrino "Joe"
?

Also,
I see no notes on this account on how it was handled or resolved.

Call barged:

581-031533901
Giuseppe Malagrino
113 OAKTOWNE DR
BLDG D APT E
Node: G082A

3

| Attachment # 3 (Page 4 of 4) |
| --- |

Company-Division: 30-02
Franchise: 722

UNIQUE ID: 024D8PMBE0DJB0Q9I0U362LAES01FQ1N

CALL SEGMENT: 0bb8d4d2-983c-74ab-3917-ac3ef9cb0e76

Please address this issue and advise.

Thank You

Chip Daniels

Attachment # 4 (Page 1 of 3)

EXHIBIT "1"
ELECTION TO PARTICIPATE IN THE
EMPLOYEE SAFETY PROGRAM BENEFIT PLAN OF
UNIVERSAL CABLE HOLDINGS, INC.
AND AGREEMENT TO SUBMIT TO ARBITRATION

Please review the following two attachments before making your Election to
Participate or Election to Reject the Altice USA Employee Safety Program. If you
have any questions on the Program, please reach out to your Altice USA
Representative.

Texas Safety Powerpoint

Employee Safety Program Summary

I understand that UNIVERSAL CABLE HOLDINGS, INC. does not subscribe to the
Texas Workers' Compensation Act; and, instead, UNIVERSAL CABLE HOLDINGS,
INC. has adopted an Employee Safety Program Benefit Plan ("Plan"). I also understand
that under the Plan and under certain conditions, subsequent to a work-related, on-the-job
injury, certain medical treatment and certain wage replacement benefits will be provided
only to those employees who voluntarily elect to participate in the Plan. I further
understand that the Plan includes provisions for mutual arbitration of certain disputes
between UNIVERSAL CABLE HOLDINGS, INC. and its employees.

In execution of this Election to Participate ("Exhibit 1") under the Employee Safety
Program Benefit Plan, I agree that all claims or controversies arising out of or relating to
any on-the-job injury and/or death that cannot first be resolved through an internal review
process and, if necessary, through mediation are subject to final and binding arbitration,
and shall be settled by arbitration administered by the American Arbitration Association
under its National Rules for the Resolution of Employment Dispute (or independent
agreement.). This includes, but is not limited to, (1) application and interpretation of this
Agreement and breach thereof; and (2) any potential action as to UNIVERSAL CABLE
HOLDINGS, INC.'s negligent cause of any work-related injuries and/or death I may
sustain.

This Arbitration provision is expressly made pursuant to and shall be governed by the
Federal Arbitration Act, 9 U.S.C. §§ 1-16. Except to the extent herein modified, all
arbitration proceedings shall be conducted in accordance with the Employment Dispute
Resolution Rules of the American Arbitration Association (or independent agreement.)
The parties hereto agree that, pursuant to Section 9 of the Federal Arbitration Act, a
judgment of the United States District Court covering the county in which a substantial
part of the events or omissions giving rise to the claim(s) occurred, or of another court of
competent jurisdiction, may be entered upon an award made pursuant to arbitration. I

Attachment # 4 (Page 2 of 3)

acknowledge and understand that by executing this Agreement, I am giving up the right to a jury trial or civil court trial otherwise on all of the claims covered by this Agreement and that the decision of the arbitrators selected hereunder shall be final and binding on both parties.

The Arbitration Procedures set forth in the Summary Plan Description (and also in Section Seven of the Plan) are incorporated by reference into, and made part of, this Agreement the same as if they were set forth in this Agreement at length and in full. This Agreement, combined with the incorporated Arbitration Procedures set forth in the Summary Plan description, is the complete agreement between UNIVERSAL CABLE HOLDINGS, INC. and me on the subject of arbitration of these types of disputes. This Agreement takes the place of any other verbal or written understanding on this subject. I am not relying on any statements, understandings, promises or inducements, oral or written, on the subject, effect, enforceability or meaning of this Agreement, except as specifically stated in this Agreement. No oral understandings, statements, promises or inducements contrary to the terms of this Agreement exist. I further acknowledge and agree this Agreement cannot be changed or terminated orally by either party. Should one or more provisions of this Agreement be rendered or declared invalid by reason of any existing or subsequently enacted legislation, or by a decree of a court of competent jurisdiction, such invalidation of such provisions hereof shall not affect the remaining portions of this Agreement to arbitrate. UNIVERSAL CABLE HOLDINGS, INC. and I agree that this Agreement binds and benefits our successors, subsidiaries, affiliates, assigns, beneficiaries, heirs, children, spouses, parents and legal representatives.

I acknowledge that I am executing this document voluntarily and without duress from any person; that no representation by any person acting on behalf of UNIVERSAL CABLE HOLDINGS, INC. has influenced or induced the execution of this document; that I have carefully read and understand the contents of this document and have signed this document as my own free act, being fully sane, sober and competent to do so; that I am not under the influence of any substance nor under any mental incapacity that would affect me at the time of signing; and that I am aware of the consequences of the execution of this document.

I acknowledge that I have received a copy of the Summary Plan Description and have read and reviewed it before signing this election. To the extent I have had questions regarding the Plan, I have been given the opportunity to ask them and receive answers and to seek legal advice to the extent desired. I represent and acknowledge by execution of this document that I can read, write and understand the language used in this document and have had the document verbally explained to me.

I also understand that nothing in the Plan nor this Election to Participate ("Exhibit 1") alters the fact that all employees of UNIVERSAL CABLE HOLDINGS, INC. are employed for an indefinite period and that such employment may be terminated with or without cause or notice at the will of either the employee or UNIVERSAL CABLE HOLDINGS, INC. I further understand that my employment is in no way dependent upon my making this election.

| Attachment # 4 (Page 3 of 3) |

Do you elect to participate? ☐ Yes ☑ No

### ELECTION TO REJECT THE BENEFITS IN THE
### EMPLOYEE SAFETY PROGRAM BENEFIT PLAN OF
### UNIVERSAL CABLE HOLDINGS, INC.

I understand that Universal Cable Holdings, Inc. does not subscribe to the Texas Workers' Compensation Act; and instead, Universal Cable Holdings, Inc. has adopted an Employee Safety Program Benefit Plan ("Plan"). The benefits as described in the Plan have been explained to me fully. I make the election to reject the benefits as described in the Plan and retain my right to sue Universal Cable Holdings, Inc. in civil court. In so doing, I understand that I am not guaranteed or promised any benefits whatsoever, including that I am not entitled to statutory workers' compensation benefits. I also understand that by making this election, it has no effect on my at-will employment status at Universal Cable Holdings, Inc.

Employee Name                Last Four Digits of Social Security Number
Chip Daniels                 3622

☑ **Employee Signature**
Chip Daniels 4/11/2018 4:37 PM
(checking the checkbox above is equivalent to a handwritten signature)

> ### Attachment # 5 (Page 1 of 2)

<Marie.Quatela@AlticeUSA.com>; Katherine Boyle <Katherine.Boyle@AlticeUSA.com>; Legal Department <LEGALLIB@cablevision.com>
Cc: Marchand, Ramona <Ramona.Marchand@AlticeUSA.com>; Rankin, Nina <Nina.Rankin@AlticeUSA.com>; Business Desk <BusinessDesk@AlticeUSA.com>
**Subject:** RE: Documents Requested

HR, Business Unit, and Legal Department:

I am requesting a hard copy of any and all legal documents or policy that I, (Chip Rodney Daniels) am legally bound to.  I have been directed to policy links on Altice USA site after making several request.
At this point,  I am requesting a corporate statement in the form of a letter that is detailed and specifies legal documents, Company and/or Affiliates (any and all) that I, Chip Rodney Daniels am legally bound to with an attachment of said documents.

Thank You,

Chip Rodney Daniels

**From:** Chip Daniels
**Sent:** Monday, July 09, 2018 5:10 AM
**To:** HR Service Center; Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department
**Cc:** Marchand, Ramona; Rankin, Nina
**Subject:** Documents Requested

Legal Team,

I sent an email yesterday asking for a hard copy to all policy that I am legally bound to.  After further thought, I would also like any master or general documents these policies may be referenced to including but not limited to contracts, or any other legal binding agreement---Known or Unknown.  These should be provided immediately with-out delay or any re-direction intended to delay my request.

Thank you in advanced for you immediate response

Chip Daniels

**From:** Chip Daniels
**Sent:** Sunday, July 08, 2018 8:30 AM
**To:** Marchand, Ramona
**Cc:** Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department
**Subject:** RE: Chip Daniels Response

Ramona,

To Whom It May Concern:

I have reviewed policies online and wish to print them.  I do not show that my company computer at Tyler Texas Call Center is connected to a printer.  I am not able to connect to this outside this call center.  So that leaves me with no tangible recorded information on policy.  This is clearly a violation to my rights.  Please Provide a hard copy to ALL policies that I am legally bound to or access where I can print these on my own within 48 hours.

Thank You,

2

---

Attachment 5 (Page 2 of 2)

---

### Chip Daniels

| | |
|---|---|
| **From:** | Chip Daniels |
| **Sent:** | Saturday, July 14, 2018 6:06 AM |
| **To:** | Michael Peters; Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department |
| **Cc:** | Marchand, Ramona; Rankin, Nina; Business Desk; Cathy Isham |
| **Subject:** | RE: Documents Requested |

To Whom It May Concern:

I spoke with Ramona yesterday morning.  Upon my first visit in her office she advised me that my request was not happening and she considered my request closed.  I advised her I was upset that my request were being ignored, after being being re-directed to delay my request in past weeks.  After Speaking with a few other people in the call center; namely: Zain and Nina, I re-entered her office and she advised me she would try to escalate it up and provide a resolution to my request.  She advised that I needed to go through our local call center and didn't need to escalate this directly to corporate.  I requested to be provided a corporate address in writing so I can send my request certified mail directly to corporate and eliminate going through a middle source—since I was being given a run-around.

Thank You

Chip Daniels

**From:** Michael Peters
**Sent:** Friday, July 13, 2018 4:27 PM
**To:** Chip Daniels; Ian Hlawati; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle; Legal Department
**Cc:** Marchand, Ramona; Rankin, Nina; Business Desk; Cathy Isham
**Subject:** RE: Documents Requested

Chip,
I have reviewed your below request and would recommend that you follow up to your last conversation regarding similar items directly with Ramona Marchand.   She should be able to provide support and response to your request.

Sincerely,

Michael Peters
Manager, HR Services   AtliceUSA – Plano, TX
469-305-5584 (O)  516-508-1647 (M) 469-305-5705 (F)

HR Service Center at 1-866-356-3315. Our team of professionals are available Monday through Friday from 8:00am to 7:00pm (Eastern Time). You can also email us at HRServiceCenter@alticeusa.com or visit us on the MyAltice page.

**From:** Chip Daniels
**Sent:** Friday, July 13, 2018 5:42 AM
**To:** HR Service Center <HRServiceCenter@alticeusa.com>; Ian Hlawati <IAN.HLAWATI@AlticeUSA.com>; Patricia Wheeler <Patricia.Wheeler@AlticeUSA.com>; Rebecca Baneman <Rebecca.Baneman@AlticeUSA.com>; Marie Quatela

1

---

Attachment #6 (Page 1 of 1)

---

## Chip Daniels

| | |
|---|---|
| **From:** | Chip Daniels |
| **Sent:** | Sunday, July 15, 2018 5:00 AM |
| **To:** | HR Service Center; Rankin, Nina; Legal Department; Business Desk; Ian Hlawati; Marchand, Ramona; Patricia Wheeler; Rebecca Baneman; Marie Quatela; Katherine Boyle |
| **Cc:** | Garza, Fred; Chip Daniels |
| **Subject:** | FW: Record Management Policy under Retention Contracts.. .Further Policy |
| **Attachments:** | SnipImage.jpg |

While attempting to access company policy on Record Management Policy under Contract Retention, I ran into the following problem:  One recording is attached, and the other is embedded.

I am requesting a hard copy of any and all legal documents or policy that I, (Chip Rodney Daniels) am legally bound to.  I have been directed to policy links on Altice USA site after making several request. And I continue to run into errors as I have noted above.
I am requesting a corporate statement in the form of a letter that is detailed and specifies legal documents, Company and/or Affiliates (any and all) that I, Chip Rodney Daniels am legally bound to with an attachment of said documents.

Thank You,

Chip Rodney Daniels

**From:** Chip Daniels
**Sent:** Sunday, July 15, 2018 4:51 AM
**To:** Chip Daniels
**Subject:** Record Management Policy under Retention Contracts.. .Further Policy



https://marquee.cablevision.com/ast/AST_File_Management/Files/governance_complia   🔍 ▾ 🔒 ⟳   MyAltice - C

## Server Error

## 404 - File or directory not found.

The resource you are looking for might have been removed, had its name changed, or is t

https://marquee.cablevision.com/ast/AST_File_Management/Files/governance_compliance/Record_Management_policy_addendum_Merged.pdf

1

Attachment 7 (Page 1 of 1)

## Chip Daniels

| | |
|---|---|
| From: | Chip Daniels |
| Sent: | Monday, July 16, 2018 4:57 AM |
| To: | HR Data & Technology; HR Service Center; Corporate Investigators; Corporate Compliance |
| Cc: | Chip Daniels |
| Subject: | Document Request |

07/16/2018

Good Morning,

    Please provide a hard copy of the following documents with-out delay or re-direction intended to delay my request:

- Group Health Plan
- The Group Health Plan's Summary Plan
- Mercer Market Place (Discovery Benefits)

Also, include any and all master documents including legal structuring of above listed plans.  Plan Administrators contact information such as Name, Company, Company Title, Telephone, and Company Mailing Address should also be included.

Thank you in advanced for your quick response in my above request.

Chip Daniels

1